# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Vance Southard,

    Plaintiff(s),

vs.

Michael A. D'Amelio,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03cv505

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/28/06 Order.

November 28, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk